FILED

MAY 21 2019

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-61-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| MICHELLE STEINFELDT, | |
| Defendant. | |

For the reasons stated on the record, MICHELLE STEINFELDT is hereby released from the custody of the U.S. Marshal Service.

DATED this 21st day of May, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1